# Court of Appeals
# of the State of Georgia

ATLANTA, _September 09, 2014_

*The Court of Appeals hereby passes the following order:*

**A15D0007.   ANGELA J. THIGPEN v. HSBC BANK USA, NATIONAL ASSOCIATION, AS TRUSTEE.**

Angela J. Thigpen, defendant in the underlying state court dispossessory action, has filed an application for discretionary appeal from the trial court's order dismissing her counterclaims. From the materials submitted with the application, it appears that the challenged order resolved all pending issues. Further, no provision of OCGA § 5-6-35 appears to apply to this case. The order, therefore, appears to be subject to direct appeal pursuant to OCGA § 5-6-34 (a) (1).

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Thigpen shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* _09/09/2014_
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*